**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **Anthony Ray Young, Sr**<br>**Poune Young, Debtors** | **Case No. 26-14379-SDM**<br>**CHAPTER 7** |

## DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

The debtors, in support of the Motion to Extend the Automatic Stay, state as follows:

1. We have personal knowledge of the facts listed in the foregoing situation.
2. We are over the age of 18, of sound mind, are capable of making this Declaration, and are fully competent to testify to the natters stated herein.
3. We filed this bankruptcy petition on 11/20/2026.
4. We previously filed bankruptcy case number 23-12673 under Chapter 13 on 8/30/2023 and that case was dismissed on 7/20/2026.
5. We have had no other pending bankruptcy cases in the preceding one-year period.
6. We have not had any prior cases dismissed in the past year for any of the following reasons:
   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.
7. We have had a substantial change in our financial or personal affairs since the dismissal of the last case, and we believe that this case will result in a discharge.
8. Those changes are as follows:

   Debtor’s prior case was a Chapter 13 and required a monthly plan payment. This case does not require a monthly plan payment.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: 11/20/2026 | /s/ Anthony Ray Young, Sr<br>Anthony Ray Young, Sr |
| Executed on: 11/20/2026 | /s/ Poune Young<br>Poune Young |