UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANTHONY RAY YOUNG, SR
POUNE YOUNG

CASE NO: 26-14379-SDM

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/24/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Motion to Extend Auto Stay with Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/24/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANTHONY RAY YOUNG, SR
POUNE YOUNG

CASE NO: 26-14379-SDM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/24/2026, a copy of the following documents, described below,

Hearing Notice and Motion to Extend Auto Stay with Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/24/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-14379-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
MON NOV 23 16-10-44 CST 2026

ASPIRE CREDIT CARD
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

BEST EGG
ATTN BANKRUPCTY
PO BOX 42912
PHILADELPHIA PA 19101-2912

(P)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

CLICK LEASE
221 MAIN ST
STE 155
SAN FRANCISCO CA 94105-1906

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE ROAD STE 3000
SOUTHFIELD MI 48034-8331

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

FST PREMIER
ATTN BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

GREAT LAKES PROGRAM
600 W MADISON ST
CHICAGO IL 60661-2406

IMAGINE CREDIT
ATTN ACCOUNT SERVICESBANKRUPTCY
PO BOX 105824
ATLANTA GA 30348-5824

PERSONIFY FINANCIAL
ATTN BANKRUPTCY DEPARTMENT
PO BOX 208417
DALLAS TX 75320-8417

REGIONS BANKCARD
ATTN BANKRUPTCY
1900 5TH AVE N
HOVER AL 35203-2610

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~

~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SOCIAL SECURITY ADMINI
OFFICE OF GENERAL COUN
ATTN- BANKRUPTCY
640 SECURITY BLVD
BALTIMORE MD 21235-0001

SOCIAL SECURITY ADMINI
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON MS 39201-5025

SPRINGLEAF FINANCIAL
PO BOX 1010
EVANSVILLE IN 47706-1010

SSTEELOANBPPR
4315 PICKETT RD
SAINT JOSEPH MO 64503-1600

TBOM
THE BANK OF MISSOURI ATTN BANKRUPTCY
906 N KINGSHIGHWAY
PERRYVILLE MO 63775-1204

~~EXCLUDE~~

~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

UPSTART NETWORK INC
PO BOX 1503
SAN CARLOS CA 94070-7503

~~EXCLUDE~~

~~MIRANDA L WILLIFORD~~
~~CHAPTER 7 TRUSTEE~~
~~613 CHILDS STREET~~
~~CORINTH MS 38834-4810~~

DEBTOR

ANTHONY RAY YOUNG SR
404 MULBERRY ST
VAIDEN MS 39176-9611

POUNE YOUNG
404 MULBERRY ST
VAIDEN MS 39176-9611

CM/ECF bvhrg8
(12/14/23)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re: Anthony Ray Young, Sr and Poune Young
Debtor(s)

Case No.: 26−14379−SDM
Chapter: 7
Judge: Selene D. Maddox

PLEASE TAKE NOTICE that a hearing will be held at:

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 12/17/26 at 10:00 AM

Responses Due: 12/14/26

to consider and act upon the following:

*7* − Motion to Extend Automatic Stay under 362(c)(3)(B) Filed by Thomas C. Rollins Jr. on behalf of Anthony Ray Young Sr, Poune Young. (Attachments: # 1 Declaration in Support) (Rollins, Thomas)

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. If a copy of this motion is desired, it may be requested from the attorney for movant. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 11/23/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CEO
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Anthony Ray Young, Sr** **Case No. 26-14379-SDM**
**Poune Young, Debtors** **CHAPTER 13**

## MOTION TO EXTEND AUTOMATIC STAY

COME NOW Debtors by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).
2. That on 11/20/2026, Debtors filed the petition for relief under Chapter 13 in the instant cause.
3. That on or about 8/30/2023, Debtors filed a Chapter 13 proceeding, case number 23-12673, and said case dismissed on 7/20/2026.
4. That debtors filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.
5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **Anthony Ray Young, Sr**<br>**Poune Young, Debtors** | **Case No. 26-14379-SDM**<br>**CHAPTER 7** |

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtors, in support of the Motion to Extend the Automatic Stay, state as follows:

1. We have personal knowledge of the facts listed in the foregoing situation.
2. We are over the age of 18, of sound mind, are capable of making this Declaration, and are fully competent to testify to the natters stated herein.
3. We filed this bankruptcy petition on 11/20/2026.
4. We previously filed bankruptcy case number 23-12673 under Chapter 13 on 8/30/2023 and that case was dismissed on 7/20/2026.
5. We have had no other pending bankruptcy cases in the preceding one-year period.
6. We have not had any prior cases dismissed in the past year for any of the following reasons:
   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.
7. We have had a substantial change in our financial or personal affairs since the dismissal of the last case, and we believe that this case will result in a discharge.
8. Those changes are as follows:

   Debtor's prior case was a Chapter 13 and required a monthly plan payment. This case does not require a monthly plan payment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/20/2026 — /s/ Anthony Ray Young, Sr
Anthony Ray Young, Sr

Executed on: 11/20/2026 — /s/ Poune Young
Poune Young