CM/ECF bvhrg8
(12/14/23)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re: Anthony Ray Young, Sr and Poune Young
Debtor(s)

Case No.: 26−14379−SDM
Chapter: 7
Judge: Selene D. Maddox

PLEASE TAKE NOTICE that a hearing will be held at:

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 12/17/26 at 10:00 AM

Responses Due: 12/14/26

to consider and act upon the following:

7 − Motion to Extend Automatic Stay under 362(c)(3)(B) Filed by Thomas C. Rollins Jr. on behalf of Anthony Ray Young Sr, Poune Young. (Attachments: # 1 Declaration in Support) (Rollins, Thomas)

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. If a copy of this motion is desired, it may be requested from the attorney for movant. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 11/23/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CEO
Deputy Clerk

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-14379-SDM
Anthony Ray Young, Sr Chapter 7
Poune Young
Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Nov 23, 2026 Form ID: bvhrg8 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Ray Young, Sr, Poune Young, 404 Mulberry St, Vaiden, MS 39176-9611 |
| 4754632 | + | Click Lease, 221 Main St, Ste 155, San Francisco, CA 94105-1906 |
| 4754636 | + | Great Lakes Program, 600 W Madison St, Chicago, IL 60661-2406 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4754629 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 23 2026 22:17:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 4754630 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 23 2026 22:26:23 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 4754631 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 23 2026 22:17:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 4754633 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 23 2026 22:17:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 4754634 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2026 22:26:23 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4754635 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 23 2026 22:26:57 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 4754637 | + | Email/Text: bankruptcy@webbank.com | Nov 23 2026 22:17:00 | Imagine Credit, Attn: Account ServicesBankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 4754638 | + | Email/Text: Contact@PersonifyFinancial.com | Nov 23 2026 22:17:00 | Personify Financial, Attn: Bankruptcy Department, Po Box 208417, Dallas, TX 75320-8417 |
| 4754640 | | Email/Text: bankruptcy@republicfinance.com | Nov 23 2026 22:17:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 4754639 | + | Email/Text: newbk@Regions.com | Nov 23 2026 22:17:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N,, Hover, AL 35203-2610 |
| 4754642 | + | Email/Text: ebone.woods@usdoj.gov | Nov 23 2026 22:17:00 | Social Security Admini, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4754641 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 23 2026 22:17:00 | Social Security Admini, Office of General Coun, Attn: Bankruptcy, 640 Security Blvd, Baltimore, MD 21235-0001 |
| 4754643 | + | Email/PDF: cbp@omf.com | Nov 23 2026 22:26:57 | Springleaf Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4754644 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 23 2026 22:10:57 | Sste/eloanbppr, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 4754645 | + | Email/Text: nlorenz@bankofmissouri.com | Nov 23 2026 22:17:00 | Tbom, The Bank of Missouri, Attn: Bankruptcy, 906 N. Kingshighway, Perryville, MO 63775-1204 |
| 4754647 | ^ | MEBN | Nov 23 2026 22:10:54 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4754646 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 23 2026 22:17:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;mllinton@yahoo.com;mrstonyasikora@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Anthony Ray Young Sr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Poune Young trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4